United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Jason E Bainbridge  
    Debtor

Case No. 20-01697-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 1     Date Rcvd: Sep 01, 2020  
                        Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.  
         +Rhonda J. Bainbridge,    1088 Numidia Drive,    Catawissa, PA 17820-8627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:  
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        David William Raphael    on behalf of Creditor    First National Bank of Pennsylvania  
         raphaeld@fnb-corp.com  
        James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,  
        for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5  
         bkgroup@kmllawgroup.com  
        Robert Spielman    on behalf of Debtor 1 Jason E Bainbridge bobspielman@yahoo.com,  
         rssecty@yahoo.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                        TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason E. Bainbridge<br>**Debtor(s)** | **CHAPTER 13** |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5<br>**Movant**<br>vs. | **NO. 20-01697 RNO** |
| Jason E. Bainbridge<br>Rhonda J. Bainbridge<br>**Respondents**<br>and<br>Charles J. DeHart, III<br>**Additional Respondent** | **11 U.S.C. Section 362 and 1301** |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 1088 Numidia Drive, Catawissa, PA 17820 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: September 1, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge (PAR)