United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Jason E Bainbridge
Debtor

Case No. 20-01697-RNO
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-4 User: AutoDocke Page 1 of 2 Date Rcvd: Sep 03, 2020
Form ID: ntcnfhrg Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.

db +Jason E Bainbridge, 4509 Snydertown Rd, Danville, PA 17821-6710
cr +First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401
5331867 +1st National Bank of PA, 4140 E State St, Hermitage, PA 16148-3401
5331868 +BMG Money, 444 Brickell Ave, Suite 1170, Miami, FL 33131-2404
5331871 +Denise Bainbridge, 319 Penn Ave, Elysburg, PA 17824-7155
5331872 ED Financial, Seven Oaks D, Knoxville, TN 37922
5331873 +Goldman Schs Bank USA, PO Box 7247, Philadelphia, PA 19170-0001
5331874 +Kashable LLC, 489 5th Ave Fl 18, New York, NY 10017-6127
5331876 +Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904
5333667 +Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904
5331878 +Members Choice FCU, 390 Walnut St, Danville, PA 17821-1503
5331880 +Philadelphia Police & Fire FCU, 901 Arch St, Philadelphia, PA 19107-2404
5331881 +Select Portfolio Services, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007
5331883 #+TBOM The Bank of Missouri, 216 W 2nd St, Dixon, MO 65459-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

cr +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 19:41:28
PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
5331869 +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:11 Capital One Bank,
PO Box 30281, Salt Lake City, UT 84130-0281
5341799 E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:11
Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083,
Charlotte, NC 28272-1083
5331870 +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 03 2020 19:29:35 Comenity Bank,
PO Box 182120, Columbus, OH 43218-2120
5342030 E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 03 2020 19:41:42
Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368,
Greenville, SC 29603-0368
5331875 E-mail/Text: ktramble@lendmarkfinancial.com Sep 03 2020 19:29:25
Lendmark Financial Services, Attn: Bankruptcy Department, 2118 Usher St. NW,
Covington, GA 30014
5331877 +E-mail/Text: unger@members1st.org Sep 03 2020 19:29:50 Members 1st FCU, PO Box 40,
Mechanicsburg, PA 17055-0040
5331879 +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 03 2020 19:41:10 Ollo CWS,
PO Box 9222, Old Bethpage, NY 11804-9222
5336216 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 19:41:46
Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541
5332091 +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:38 Synchrony Bank,
c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
5331882 +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:38 Synchrony Bank Pay Pal,
PO Box 965036, Orlando, FL 32896-5036
5340563 E-mail/Text: jennifer.chacon@spservicing.com Sep 03 2020 19:29:52
U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc.,
P.O. Box 65250, Salt Lake City, UT 84165-0250

TOTAL: 12

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

5342385* ++LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434
(address filed with court: Lendmark Financial Services, Attn: Bankruptcy Department,
2118 Usher St. NW, Covington, GA 30014)
5347380* +Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021

TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:

Charles J DeHart, III (Trustee) TWecf@pamd13trustee.com
David William Raphael on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com
James Warmbrodt on behalf of Creditor U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5 bkgroup@kmllawgroup.com
Robert Spielman on behalf of Debtor 1 Jason E Bainbridge bobspielman@yahoo.com, rssecty@yahoo.com
United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason E Bainbridge,

**Debtor 1**

Chapter 13

Case No. 4:20−bk−01697−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **October 9, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom 3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: October 16, 2020<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 3, 2020 |

ntcnfhrg (03/18)