# ROBERT SPIELMAN
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

September 9, 2020

Office of the Clerk
US Bankruptcy Court
197 S Main St
Wilkes Barre PA 18701

SUBJECT: Jason E. Bainbridge
Case No 4:20-bk-01697

To Whom It May Concern:

Please note that the address of the above-referenced individual(s) has changed. The new address is as follows:

> Jason E. Bainbridge
> 4509 Snydertown Rd
> Danville, PA 17821

Please mark this change on your records.

Thank you.

Sincerely,

*/s/ ROBERT SPIELMAN*

Robert Spielman

29 EAST MAIN STREET SUITE D BLOOMSBURG PA 17815-1804 • 14 SPRUCE AVENUE WILKES BARRE PA 18705-2214
TELEPHONE 570-380-1072 • FAX 570-784-3429