IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE No. 4:20-bk-01697-RNO |
| Jason E. Bainbridge, ) | |
| Debtor. ) | CHAPTER 13 |
| Police and Fire Federal Credit Union, ) | |
| Movant, ) | |
| vs. ) | |
| Jason E. Bainbridge, Debtor; and ) Charles J. DeHart, III, Trustee; ) | |
| Respondents. ) | |

## PRAECIPE TO WITHDRAW

Kindly withdraw Police and Fire Federal Credit Union's Limited Objection to Confirmation of Debtor's Second Amended Chapter 13 Plan (Doc. No. 42) filed on September 18, 2020 as the Debtor is surrendering the subject Vehicle.

Dated: October 14, 2020

By: /s/ Martin J. Weis
Martin J. Weis (PA ID No. 51379)
Anne M. Aaronson (PA ID No. 82118)
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Phone: (215) 575-7000
Phone: (215) 575-7200
mweis@dilworthlaw.com

Attorneys for Police and Fire Federal Credit Union

121827687_1