Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Jason E. Bainbridge<br><br>**Debtor(s)**<br><br>**Police and Fire Federal Credit Union**<br><br>**Plaintiff(s)/ Movants**<br><br>vs.<br>**Jason E. Bainbridge, Debtor; and Charles J. DeHart, III, Trustee**<br><br>**Defendant(s)/ Respondent(s)** | **CHAPTER** 13<br>**CASE NO.** 4:20-bk-01697-RNO<br><br>**NATURE OF PROCEEDING:** Motion for Relief from the Automatic Stay as to 2011 Kia Sportage<br><br>**DOCUMENT No.** 41 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

  ☒ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 14, 2020    By: /s/ Martin J. Weis
              Martin J. Weis (PA ID No. 51379)
              Anne M. Aaronson (PA ID No. 82118)
              **DILWORTH PAXSON LLP**
              1500 Market Street, Suite 3500E
              Philadelphia, PA 19102

Rev. Dec 1, 2011

Phone: (215) 575-7000  
Phone: (215) 575-7200  
mweis@dilworthlaw.com

Attorneys for Police and Fire Federal Credit Union

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.