In re:                                                                                             Case No. 20-01697-RNO
Jason E Bainbridge                                                        Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-4                            User: AutoDocke                               Page 1 of 2
Date Rcvd: Oct 14, 2020                     Form ID: pdf010                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID**           **Recipient Name and Address**
        +   Steven D. Fredrickson President, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk VA 23541-1067

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5 bkgroup@kmllawgroup.com |
| Martin J Weis | on behalf of Creditor Police and Fire Federal Credit Union mweis@dilworthlaw.com cchapman-tomlin@dilworthlaw.com |

Robert Spielman
        on behalf of Debtor 1 Jason E Bainbridge bobspielman@yahoo.com rssecty@yahoo.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>Jason E Bainbridge | Case No 4:20-bk-01697<br>Chapter 13 |

Jason E Bainbridge
    Objector

v

Portfolio Recovery Associates LLC
    Claimant

### **ORDER**

Upon consideration of the objection to Claim Number 5 of Portfolio Recovery Associates LLC, the objection to the aforesaid claim is hereby sustained, and Claim Number 5 is disallowed.

Dated: October 14, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (DG)