# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE No. 4:20-bk-01697-RNO |
| Jason E. Bainbridge, | |
| Debtor. | CHAPTER 13 |
| Police and Fire Federal Credit Union, | |
| Movant, | |
| vs. | |
| Jason E. Bainbridge, Debtor; and Charles J. DeHart, III, Trustee; | |
| Respondents. | |

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this ____ day of October, 2020, upon consideration of the Stipulation and Consent Order resolving the Motion for relief from the Automatic Stay [D.I. 61], it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

_____
The Honorable Robert N. Opel, II
United States Bankruptcy Judge

121893262_1

Case 4:20-bk-01697-RNO    Doc 65    Filed 10/22/20    Entered 10/22/20 16:20:58    Desc
Main Document    Page 1 of 1